

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00538-CR

**IN RE** John G. **LEYVA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On August 24, 2016, Relator filed this petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 16, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. CR-130661, styled *State of Texas v. John G. Leyva*, pending in the County Court, Kimble County, Texas, the Honorable Delbert Ray Roberts presiding.